# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2749
LT Case No. 16-1997-CF-000542-AXXX-MA

_____

ANTONIO R. HAMILTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Antonio R. Hamilton, Defuniak Springs, pro se.

No Appearance for Appellee.

April 14, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____